UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **MRS. J. AND MR. J.,** *individually,* *and as parents and legal guardians of I.J., a minor,* )<br>)<br>)<br>)<br>**PLAINTIFFS** )<br>)<br>**v.** )<br>)<br>**PORTLAND PUBLIC SCHOOLS,** )<br>)<br>**DEFENDANT** ) | **CIVIL NO. 2:15-CV-84-DBH** |

**ORDER AFFIRMING RULING OF THE MAGISTRATE JUDGE**

On December 30, 2015, the United States Magistrate Judge entered his Memorandum Decision and Order on Motion to Supplement the Record. The plaintiffs filed an appeal of the Magistrate Judge's ruling on January 19, 2016. I have reviewed and considered the Magistrate Judge's Order. I concur with the Magistrate Judge's Order because it is neither clearly erroneous nor contrary to law, and I conclude that oral argument in this case would not shed additional light on the issues, which are clear.

**SO ORDERED.**

**DATED THIS 4TH DAY OF FEBRUARY, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**