## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **MRS. J. and MR. J.,** *individually and as parents and legal guardians of I.J., a minor,* ) ) ) ) | |
| **PLAINTIFFS** ) ) | **CIVIL NO. 2:15-CV-84-DBH** |
| **v.** ) ) | |
| **PORTLAND PUBLIC SCHOOLS,** ) ) | |
| **DEFENDANT** ) | |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On October 12, 2016, the United States Magistrate Judge filed with the court, with copies to counsel, his Recommended Findings of Fact and Conclusions of Law. The time within which to file objections expired on December 1, 2016, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Findings of Fact and Conclusions of Law of the Magistrate Judge are hereby **ADOPTED**. The plaintiffs' request for relief is **DENIED**.

**SO ORDERED.**

**DATED THIS 2ND DAY OF DECEMBER, 2016**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**